**RUSING LOPEZ & LIZARDI, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
mdlammers@rllaz.com
zkotzambasis@rllaz.com

Mark D. Lammers
State Bar No. 010335
Zoey Kotzambasis
State Bar No. 034607
*Attorneys for Defendants State of Arizona, Ryan Thornell,*
*Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| O.W., an individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>State of Arizona, a body politic; Ryan Thornell, an individual, on his own behalf and on behalf of his marital community; Christopher Josefowicz, an individual, on his own behalf and on behalf of his marital community; Kaylan Nasta, an individual, on his own behalf and on behalf of her marital community; Talon Hanks, an individual, on his own behalf and on behalf of his marital community; TKC Holdings, Inc., a Missouri corporation; Trinity Services Group, Inc. a Florida corporation; and John and Jane Doe 1-40,<br><br>                    Defendants. | NO. _____<br><br>(Maricopa County Superior Court, Case No. CV2024-027267)<br><br>**STATE DEFENDANTS' NOTICE OF REMOVAL**<br><br>(Assigned to Hon. _____) |

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks (collectively, "State Defendants") remove the above-captioned action, Case No. CV2024-027267, from the

Superior Court of the State of Arizona for the County of Maricopa to the United States District Court for the District of Arizona.

## I. Introduction

1. On September 27, 2024, Plaintiff, O.W., commenced this § 1983 action by filing a complaint in the Superior Court of Maricopa County, styled *O.W. v. State of Arizona et al.*, Case No. CV2024-027267, which is currently pending (the "State Court Action"). Plaintiff never served her initial complaint. On December 13, 2024, Plaintiff filed her First Amended Complaint (the "FAC"). A true and accurate copy of the FAC (and all other filings from the state court action) is attached as **Exhibit C**.

2. In her FAC, Plaintiff alleges her constitutional rights were violated while she was working in the kitchen in the Rincon Unit of the Arizona State Prison Complex-Tucson. Specifically, she alleges the State Defendants violated her Fourteenth Amendment rights to due process (Count One) as well as her rights under Title VII of the Civil Rights Act of 1964 (Count Six). Plaintiff further alleges state tort claims against the State of Arizona for failure to adequately monitor inmates and staff, train, educate, and supervise its corrections staff. Plaintiff also alleges a Title VII claim against her TKC Holdings and Trinity Services Group (Count Five).

3. Plaintiff demanded a trial by jury in her FAC and, therefore, pursuant to Federal Rule of Civil Procedure 81(c)(3), she need not renew the demand after removal.

## II. This Case Is Removable Under Federal Question Jurisdiction

4. Pursuant to 28 U.S.C. §§ 1331 and 1441(a), a defendant may remove a case from state court to federal court based on federal question jurisdiction when the action arises under federal law.

5. Throughout her FAC, Plaintiff alleges her federal constitutional rights under the Fourteenth Amendment and civil rights under Title VII were violated.

Notice of Removal (Federal Court)(63558270.1)         2

6. Plaintiff also raises state-law claims that are not within the original jurisdiction of the district court.

7. Pursuant to 28 U.S.C. § 1441(c), if a civil action includes a claim arising under federal law and a claim not within the original jurisdiction of the district court, "the entire action may be removed if the action would be removable without the inclusion of the claim" that is not within the original jurisdiction of the district court.

8. Therefore, under § 1331, this case is one that may be removed to this Court by a defendant, pursuant to § 1441, because it is a civil action that includes claims arising under federal law.

### III. Service of Complaint

9. According to the Certificates of Service, Plaintiff served her FAC on the State of Arizona and Ryan Thornell on December 17, 2024. According to Plaintiff's Affidavits of Service, Plaintiff served Talon Hanks on December 18, 2024, Christopher Josefowicz on December 19, 2024, and Kaylan Nasta on December 20, 2024.

10. This Notice of Removal is being filed within 30 days of service of the Complaint in the State Court Action, and removal is therefore timely. *See* 28 U.S.C. § 1446(b) (providing that a notice of removal must be filed within 30 days after defendant receives, by service or otherwise, the initial pleading).

### IV. Venue of Removed Action

11. This action may be removed to this Court pursuant to 28 U.S.C. § 1441(a) because this case was initially brought in a state court within the geographical area of the United States District Court for the District of Arizona, and because this Court has jurisdiction pursuant to 28 U.S.C. § 1331.

### V. Consent, Notice to Other Parties, and Notice to State Court

12. The other Defendants in this case, TKC Holdings, Inc. and Trinity Services Group, Inc., have been served in this action, though they have not answered. Undersigned

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

consulted counsel for TKC Holdings and Trinity Services Group by phone on January 2, 2024. TKC Holdings and Trinity Services Group consent to the removal of this action to federal court.

      13.    Written notice of the filing of this Notice of Removal is given to all adverse parties in accordance with 28 U.S.C. § 1446(d) and is noted in the Certificate of Service attached hereto.

      14.    A true and correct copy of all process, pleadings, orders and documents from the State Court Action that were served on the State of Arizona or available from the State Court Action are being filed with and attached to this Notice of Removal, and written notice of the filing of this Notice of Removal will be provided promptly to the Plaintiff or her counsel and to the Superior Court of the State of Arizona, County of Maricopa.

      (1) Supplemental Cover Sheet: **Exhibit A**

      (2) most recent state court docket: **Exhibit B**

      (3) operative complaint: **Exhibit C**

      (4) service documents: **Exhibit D**

      (5) answers: None

      (6) state court orders terminating or dismissing parties: None

      (7) notices of appearance: None

      (8) pending motions, responses, and replies: None

      (9) remainder of the state court record: **Exhibit E**

      (10) verification of the removing party or its counsel that true and complete copies of all pleadings and other documents filed in the state court proceeding have been filed: **Exhibit F**

      (11) Maricopa County Superior Court Notice of Removal: **Exhibit G**

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

## VI. Pleadings in the State Court Action

15. Neither the State Defendants nor TCK Holdings or Trinity have filed any responsive pleadings in the State Court Action, and no other pleadings have been filed.

16. At the time of the filing of this Notice of Removal, there are no pending motions in the State Court Action.

17. By this Notice of Removal, the State Defendants do not waive any objections they may have as to service, jurisdiction or venue, or any other defenses or objections they may have to this action, and intend no admission of fact, law, or liability by this Notice and expressly reserve all defenses, motions and/or objections.

WHEREFORE, Defendants hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1441 and 1446, and request that this Court proceed to hear and determine the matters in this controversy.

DATED this January 6, 2025.

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

*/s/ Mark D. Lammers*
Mark D. Lammers
Zoey Kotzambasis
*Attorneys for Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2025, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record, with a copy to:

Jesse M. Showalter
Lauren E. Channel
ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home, #B-100
Phoenix, Arizona 85012

Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

1  jesse@rcmslaw.com
   lauren@rcmslaw.com
2  *Attorneys for Plaintiff*

3  By:   */s/ Aneta Wrzeszcz*

**Rusing Lopez & Lizardi, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800