1  Jesse Showalter (026628)
2  Lauren E. Channell (033484)
   **ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
3  301 East Bethany Home, Suite B-100
   Phoenix, Arizona 85012
4  Tel: 602-400-4400
   Fax: 602-265-0267
5  jesse@rcmslaw.com
6  lauren@rcmslaw.com
   *Attorneys for Plaintiff*
7

8              IN THE UNITED STATES DISTRICT COURT

9                FOR THE DISTRICT OF ARIZONA

10 O.W., an individual,                          No. 2:25-cv-00044-DWL

11              Plaintiff,

12    vs.
                                                **PLAINTIFF'S NOTICE OF**
13 State of Arizona, a body politic; Ryan Thornell,   **SETTLEMENT AS TO**
   an individual, on his own behalf and on behalf of  **DEFENDANTS TKC HOLDINGS,**
14 his marital community; Christopher Josefowicz,     **INC. AND TRINITY SERVICES**
   an individual, on his own behalf and on behalf of  **GROUP, INC. ONLY**
15 his marital community; Kaylan Nasta, an
   individual, on her own behalf and on behalf of
16 her marital community; Talon Hanks, an
   individual, on his own behalf and on behalf of
17 his marital community; TKC Holdings, Inc., a
   Missouri corporation; Trinity Services Group,
18 Inc., a Florida corporation; and John and Jane
   Does 1-40,
19
20
21              Defendants.
22

23        Plaintiff, through counsel undersigned, gives notice that Plaintiff and Defendants

24 TKC Holdings, Inc. and Trinity Services Group, Inc. have settled all claims pertaining to

25 Defendants TKC Holdings, Inc. and Trinity Services Group, Inc. only arising out of this

26 matter with each side to bear her/its/their own attorneys' fees and costs incurred in this

27 matter.

28

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267

1    The parties are in the process of drafting and circulating settlement documents and

2    will file a stipulation to dismiss Defendants TKC Holdings Inc. and Trinity Services

3    Group, Inc. only. Plaintiff's claims against the remaining Defendants remain unresolved

4    currently.

5    RESPECTFULLY SUBMITTED: December 23, 2025.

6    ROBBINS CURTIN MILLEA & SHOWALTER, LLC

7

8    By:  s/ Jesse M. Showalter
        Jesse M. Showalter

9        Lauren E. Channell
        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the assigned Judge and the following ECF registrants:

Mark D. Lammers
Zoey Kotzambasis
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
mdlammers@rllaz.com
zkotzambasis@rllaz.com

*Attorney for Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

R. Shawn Oller
Chrisanne Gultz
Littler Mendelson
2425 E. Camelback Rd., Suite 900
Phoenix, Arizona 85016
soller@littler.com
cgultz@littler.com

*Attorney for Defendants TKC Holdings, Inc. and Trinity Services Group, Inc.*

By:   s/  Jennie Leetham

ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home Road, Suite B-100
Phoenix, Arizona 85012
Telephone: (602) 400-4400 ♦ Fax: (602) 265-0267