1  Jesse Showalter (026628)
2  Lauren E. Channell (033484)
   **ROBBINS CURTIN MILLEA & SHOWALTER, LLC**
3  301 East Bethany Home, Suite B-100
   Phoenix, Arizona 85012
4  Tel: 602-400-4400
5  Fax: 602-265-0267
   jesse@rcmslaw.com
6  lauren@rcmslaw.com
7  *Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| O.W., an individual, | No. 2:25-cv-00044-DWL |
| Plaintiff, | |
| vs. | **JOINT REPORT ON SETTLEMENT TALKS** |
| State of Arizona, a body politic; Ryan Thornell, an individual, on his own behalf and on behalf of his marital community; Christopher Josefowicz, an individual, on his own behalf and on behalf of his marital community; Kaylan Nasta, an individual, on her own behalf and on behalf of her marital community; Talon Hanks, an individual, on his own behalf and on behalf of his marital community; and John and Jane Does 1-40, | |
| Defendants. | |

The Parties, through their respective counsel undersigned, submits the following for their joint report on settlement talks. The good faith settlement talks deadline expired March 6, 2026.

Plaintiff has settled her claims with Defendants Trinity Services Group, Inc. and TKC Holdings, Inc.

Plaintiff and the remaining Defendants have identified potential mediators and are working to select one and then will work to select a mediation date when all parties and the mediator are next available.

RESPECTFULLY SUBMITTED: March 12, 2026.

**ROBBINS CURTIN MILLEA & SHOWALTER, LLC**

By: s/ Jesse M. Showalter
Jesse M. Showalter
Lauren E. Channell
*Attorneys for Plaintiff*

**RUSING LOPEZ & LIZARDI, P.L.L.C.**

By: s/ Zoey Kotzambasis (*w/ permission*)
Mark D. Lammers
Zoey Kotzambasis
*Attorneys for Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the assigned Judge and the following ECF registrants:

Mark D. Lammers
Zoey Kotzambasis
Rusing Lopez & Lizardi, P.L.L.C.
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
mdlammers@rllaz.com
zkotzambasis@rllaz.com

*Attorneys for Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

By: s/ Jennie Leetham