**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| O.W., an individual,<br><br>                                    Plaintiff,<br><br>v.<br><br>State of Arizona, et al.,<br><br>                                    Defendants. | No. 2:25-cv-00044-DWL<br><br>**ORDER GRANTING EXTENSION OF PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING** |

Pending before the Court is Plaintiff O.W. and Defendants Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, Talon Hanks, and the State of Arizona's Stipulation for Extension of Page Limits for Summary Judgment Briefing (Doc. __). Good cause appearing,

**IT IS HEREBY ORDERED** that the Stipulation (Doc. __) is **GRANTED**.

**IT IS FURTHER ORDERED** the page limits for summary judgment briefing are extended as follows:

- Motion for Summary Judgment: 35 pages;
- Response to Motion for Summary Judgment: 35 pages;
- Reply in Support of Motion for Summary Judgment: 22 pages.