**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800
Facsimile: (520) 529-4262
mdlammers@rllsaz.com
zkotzambasis@rllsaz.com

Mark D. Lammers
State Bar No. 010335
Zoey Kotzambasis
State Bar No. 034607
*Attorneys for Defendants State of Arizona, Ryan Thornell,*
*Christopher Josefowicz, Kaylan Nasta, and Talon Hanks*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| O.W., an individual, | No. 2:25-cv-00044-DWL |
| Plaintiff, | |
| vs. | **STATE DEFENDANTS'** *SUPPLEMENTAL* **NOTICE OF NON-PARTY AT FAULT** |
| State of Arizona, et al., | |
| Defendants. | (Assigned to Hon. Dominic W. Lanza) |

Defendants State of Arizona, Ryan Thornell, Christopher Josefowicz, Kaylan Nasta, and Talon Hanks, pursuant to A.R.S. § 12-2506(B), state the following person and entities, who are not parties to this action, are potentially wholly or partly at fault for the purported damages alleged in Plaintiff's First Amended Complaint. Additions are in ***bold italics***.

1. **Inmate Demarco Hines, ADOC # 340557, ASPC Lewis, Rast Unit, PO Box 3600, Buckeye, AZ 85326.** Inmate Hines is the inmate who perpetrated the assault underlying this action. Inmate Hines is wholly or partly at fault for the alleged injuries and damages suffered by O.W. because he alone caused the injuries when he violently and sexually assaulted O.W.

2.  **TKC Holdings, Inc. and Trinity Services Group, Inc.**
**c/o R. Shawn Oller**
**Chrisanne Gultz**
**Littler Mendelson**
**2425 Camelback Rd., Suite 900**
**Phoenix, Arizona 85016**

*TKC Holdings, Inc. and Trinity Services Group, Inc. ("TKC" and "Trinity") were named as defendants in this case. TKC, Trinity, and Plaintiff filed a Stipulated Motion to Dismiss TKC and Trinity from the case on January 14, 2026. (Doc. 63.) TKC and Trinity were subsequently terminated from the docket on January 29, 2026, though there was no Court order effecting that termination and, therefore, there was no Notice of Electronic Filing distributed to the parties informing them that TKC and Trinity are no longer parties.*

*Plaintiff was an employee of TKC and its subsidiary Trinity Services Group, Inc., which contracted with ADCRR to provide food services to Arizona inmates. TKC and Trinity settled with Plaintiff and have yet to be dismissed from the case. Plaintiff alleges that she was attacked and sexually assaulted while working at for TKC/Trinity at ASPC-Tucson. TKC and Trinity are wholly or partly at fault for the alleged injuries and damages suffered by Plaintiff.*

*Specifically, Plaintiff's expert, Aubrey Land, opines in his report that both ADCRR and Trinity failed to "provide continuous supervision of inmate workers assigned to the CO dining area," "provide adequate staff measures," and adhere to "accepted correctional practices, PREA requirements, and their own policies regarding supervision, classification, environment, and emergency communications," and had Trinity not failed to adhere to correct policies and practices, "the conditions that allowed this assault either would not have existed or would have been significantly mitigated." Defendants contest these opinions with regard to ADCRR.*

*TKC Holdings, Inc. and Trinity Services Group, Inc. are wholly or partly at fault for the alleged injuries and damages suffered by O.W. because they failed to adequately train and supervise O.W., Rhonda Lehner, and Amy Link, as described above.*

**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

2

**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

*3.* ***Rhonda Lehner***
   ***c/o R. Shawn Oller***
   ***Chrisanne Gultz***
   ***Littler Mendelson***
   ***2426 Camelback Rd., Suite 900***
   ***Phoenix, Arizona 85016***

***Rhonda Lehner is wholly or partly at fault for the alleged injuries and damages suffered by O.W. because she failed to adequately supervise Inmate Hines and she enabled Inmate Hines to commit the assault against O.W. by giving him access to the small dining area before Plaintiff entered the room.***

*4.* ***Amy Link***
   ***c/o R. Shawn Oller***
   ***Chrisanne Gultz***
   ***Littler Mendelson***
   ***Camelback Rd., Suite 900***
   ***Phoenix, Arizona 85016***

***Amy Link is wholly or partly at fault for the alleged injuries and damages suffered by O.W. because she failed to adequately train and supervise Rhonda Lehner and O.W. Specifically, Amy Link failed to adequately train and supervise Rhonda Lehner by allowing and enabling her to grant Inmate Hines unsupervised access to the small dining area, as described above. Amy Link failed to adequately train and supervise O.W. by allowing and enabling her to: access the staff restroom in the small dining area while Inmate Hines was inside the small dining area, not carry her ADCRR-issued pepper spray, not employ appropriate avoidance and defensive tactics, improperly carry her radio in her shirt pocket, and fail to properly utilize her radio.***

Good cause exists to supplement the State Defendants' Notice of Nonparty at Fault because, to the extent Plaintiff's state-law claims proceed to a trier of fact, the evidence in this case supports apportionment of fault to the above nonparties at fault pursuant to A.R.S. § 12-2506. As to reasonable diligence, the State Defendants did not learn until May 19, 2026 that TKC and Trinity had been terminated from this action, as there was no court order distributed to the parties indicating when they had been terminated, and the Notices of

Electronic Filing in this action continue to include counsel for Trinity and TKC on the distribution list. Finally, the nonparties added here were defendants or employees of defendants. Plaintiff also deposed both Rhonda Lehner and Amy Link, and served written discovery on Trinity and TKC, so Plaintiff will not be prejudiced by this supplement.

DATED this May 19, 2026.

**RUSING LOPEZ LIZARDI & SAFFER, P.L.L.C.**

*/s/ Mark D. Lammers*
Mark D. Lammers
Zoey Kotzambasis
*Attorneys for Defendants State of Arizona,*
*Ryan Thornell, Christopher Josefowicz,*
*Kaylan Nasta, and Talon Hanks*

**CERTIFICATE OF SERVICE**

I certify that on May 19, 2026, I electronically transmitted the attached document to the Clerk's office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to all counsel of record, with a copy to:

Jesse M. Showalter
Lauren E. Channell
ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 East Bethany Home, #B-100
Phoenix, Arizona 85012
jesse@rcmslaw.com
lauren@rcmslaw.com
*Attorneys for Plaintiff*

R. Shawn Oller
Chrisanne M. Gultz
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road, Suite 900
Phoenix, Arizona 85016
soller@littler.com
cgultz@littler.com
*Attorneys for Defendants*
*TKC Holdings, Inc. and Trinity Services Group, Inc.*

**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

**Rusing Lopez Lizardi & Saffer, P.L.L.C.**
6363 North Swan Road, Suite 151
Tucson, Arizona 85718
Telephone: (520) 792-4800

By:    */s/ J. Harris*
Supplemental Notice of Nonparty at Fault(63783748.2)

5